**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE                                              :Chapter 13

Terrence Lynn Howard


(DEBTOR)                                           :Bankruptcy No. 23-13369-amc


**P R A E C I P E**


TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly amend spelling of the name of above captioned client to:

Terrence L. Howard


Date: November 14, 2023                BY: /s/ Michael A. Cibik
                                       MICHAEL A. CIBIK, ESQUIRE
                                       Cibik Law, P.C.
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA  19102
                                       215-735-1060/fax 215-735-6769