UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Terrence Lynn Howard<br><br>    Debtor | Chapter 13<br>Bankruptcy No.23-13369-AMC |

## OBJECTION OF CHAPTER 13 TRUSTEE
## TO CONFIRMATION OF PLAN OF DEBTOR

    **AND NOW** comes Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to object to confirmation of the chapter 13 plan of the Debtor, because it fails to comply with 11 U.S.C. Sections 1322 and/or 1325 of the Bankruptcy Code, and/or Debtor has failed to provide information, evidence, or corrections to the petition, schedules, statements, or other documents filed by Debtor to enable the standing trustee to evaluate the Plan for confirmation, as follows:

    The claims and/or claim amounts identified in the Plan are inconsistent with one or more filed proofs of claim.

    The Plan is unclear and/or incorrect as to how the secured and priority claims are to be treated and/or paid by the standing trustee.

    **WHEREFORE**, the standing trustee requests that the Court enter an order in the form annexed hereto denying confirmation of the Plan.

    Respectfully submitted,

*/s/ Scott F. Waterman*
Scott F. Waterman, Esquire
Chapter 13 Standing Trustee