UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                 Chapter 13

    Terrence Lynn Howard                       Bankruptcy No.23-13369-AMC


                Debtor

<u>CERTIFICATE OF SERVICE</u>

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 17th day of April, 2024, by first class mail upon those listed below:


Terrence Lynn Howard
7127 Guyer Ave
Philadelphia, PA  19153-2405

**<u>Electronically via CM/ECF System Only:</u>**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102


                                    */s/ Kristen Gliem*
                                    Kristen Gliem
                                    for
                                    Scott F. Waterman, Esquire
                                    Standing Chapter 13 Trustee