UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Terrence L. Howard**<br>　　　**Debtor**<br><br>**Nationstar Mortgage LLC**<br>　　　**Movant**<br>**v.**<br>**Terrence L. Howard**<br>　　　**Debtor/Respondent**<br>**SCOTT F. WATERMAN, Esquire**<br>　　　**Trustee/Respondent** | **Bankruptcy No. 23-13369-amc**<br><br>**Chapter 13** |

## ORDER OF COURT

AND NOW, this 26th day of August, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
U.S. Bankruptcy Chief Judge Ashely M. Chan