| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-13369-AMC**

Terrence Lynn Howard  
7127 Guyer Ave  
Philadelphia  PA    19153-2405

Petition Filed Date: 11/07/2023  
341 Hearing Date: 01/12/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/07/2023 | $525.00 | 28963270517 | 02/09/2024 | $525.00 | 2925882505 | 03/05/2024 | $525.00 | 29259897107 |
| 04/12/2024 | $525.00 | 29346621614 | 04/30/2024 | $525.00 | 29346780543 | 06/13/2024 | $525.00 | 29311615440 |
| 06/24/2024 | $525.00 | 29472509428 | 07/22/2024 | $525.00 | 29472515908 | | | |

**Total Receipts for the Period:  $4,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,725.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD »» 001 | Secured Creditors | $10,318.93 | $0.00 | $0.00 |
| 2 | POLICE & FIRE FCU »» 002 | Secured Creditors | $1,987.27 | $1,749.24 | $0.00 |
| 3 | POLICE & FIRE FCU »» 003 | Unsecured Creditors | $2,677.54 | $0.00 | $0.00 |
| 4 | POLICE & FIRE FCU »» 004 | Unsecured Creditors | $3,983.79 | $0.00 | $0.00 |
| 5 | POLICE & FIRE FCU »» 005 | Unsecured Creditors | $1,963.63 | $0.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $2,240.23 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $474.01 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $623.12 | $0.00 | $0.00 |
| 10 | QUANTUM3 GROUP LLC »» 010 | Unsecured Creditors | $948.71 | $0.00 | $0.00 |
| 11 | MIDLAND CREDIT MANAGEMENT INC »» 011 | Unsecured Creditors | $708.40 | $0.00 | $0.00 |
| 12 | AMERICAN HERITAGE CREDIT UNION »» 012 | Unsecured Creditors | $1,000.00 | $0.00 | $0.00 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $1,363.74 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 014 | Unsecured Creditors | $1,179.23 | $0.00 | $0.00 |
| 15 | VERIZON BY AIS AS AGENT »» 015 | Unsecured Creditors | $160.90 | $0.00 | $0.00 |

Case 23-13369-amc    Doc 40    Filed 08/28/24    Entered 08/28/24 14:19:18    Desc Main
Document      Page 2 of 2

**Chapter 13 Case No. 23-13369-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | VERIZON BY AIS AS AGENT<br>»» 016 | Unsecured Creditors | $1,330.29 | $0.00 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $743.89 | $0.00 | $0.00 |
| 18 | NATIONSTAR MORTGAGE LLC<br>»» 018 | Mortgage Arrears | $2,739.43 | $0.00 | $0.00 |
| 19 | CITY OF PHILADELPHIA (LD)<br>»» 019 | Secured Creditors | $494.29 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,725.00 | Current Monthly Payment: | $525.00 |
| Paid to Claims: | $1,749.24 | Arrearages: | $0.00 |
| Paid to Trustee: | $472.50 | Total Plan Base: | $31,500.00 |
| Funds on Hand: | $2,503.26 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.