**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13369-amc |
| Terrence Lynn Howard, | Chapter 13 |
| Debtor. | |

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's First Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Nationstar Mortgage LLC (CM/ECF)

Police & Fire Federal Credit Union (CM/ECF)

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

Date: September 19, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com