United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

    Terrence Lynn Howard,

            Debtor.

Case No. 23-13369-amc

Chapter 13

## Certificate of Service

I certify that on this date I served a true and correct copy of the Debtor's Fourth Amended Chapter 13 Plan on the following parties by first class mail or through the CM/ECF system:

U.S. Trustee (CM/ECF)

Scott F. Waterman (CM/ECF)

Nationstar Mortgage LLC (CM/ECF)

Police & Fire Federal Credit Union (CM/ECF)

U.S. Department of Housing and Urban Development
801 Market Street
Philadelphia, PA 19107

Date: November 11, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com