UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Terrence L. Howard,** <br>         Debtor <br><br> **Nationstar Mortgage LLC,** <br>         Movant <br> **v.** <br> **Terrence L. Howard** <br>         Debtor/Respondent <br><br> **SCOTT F. WATERMAN** <br>         Trustee/Respondent | **Bankruptcy No. 23-13369-amc** <br><br> **Chapter 13** |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of Nationstar Mortgage LLC's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Nationstar Mortgage LLC; and it is further

ORDERED, that Nationstar Mortgage LLC, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 7127 Guyer Ave Philadelphia, PA 19153-2405, including without limitation a sheriff's sale of the property.

**BY THE COURT**

_____
**HON. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge**