**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Terrence L. Howard,**<br>     **Debtor**<br><br>**Nationstar Mortgage LLC**<br>     **Movant**<br>**v.**<br>**Terrence L. Howard**<br>     **Debtor/Respondent**<br><br>**SCOTT F. WATERMAN,**<br>     **Trustee/Respondent** | **Bankruptcy No. 23-13369-amc**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2025, the foregoing Certificate of Default was filed with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or to the following parties:

Terrence L. Howard
7127 Guyer Ave
Philadelphia, PA 19153-2405

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

SCOTT F. WATERMAN
Email: ECFMail@ReadingCh13.com
United States Trustee
Office of United States Trustee

Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7113
By: /s/ Michelle L. McGowan
Michelle L McGowan, Esq.
PA Bar Number  62414
Email: mimcgowan@raslg.com