**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>　　　Terrence Lynn Howard,<br><br><br>　　　　　　　　　　Debtor. | Case No. 24-13369-AMC<br><br>Chapter 13 |

**Certificate of Service**

　　　I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Terrence Lynn Howard
7127 Guyer Ave
Philadelphia, PA 19153-2405


Date: May 9, 2025

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Michael A. Cibik*
　　　　　　　　　　　　　　　　　　　　　　　　Michael A. Cibik (#23110)
　　　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com